José Mulero Orellana, peticionario y apelante, *v.* Juan Cruz Rivera, opositor y apelado.

No. 3809.—*Visto:* Junio 22, 1926. *Resuelto:* Julio 21, 1926.

Bienes *(Property)*—Propiedad de los Mismos—Casos de Doble Venta de Inmuebles—Títulos Nunca Inscritos.—Vendida una propiedad inmueble a dos personas distintas sin que ninguna llegara a inscribir su título en el registro, prevalece el título del primero que entró en la posesión material del inmueble.

Sentencia de *Pablo Berga,* J. (Humacao), declarando sin lugar la información de dominio solicitada y con lugar la oposición a dicha información, sin costas. *Confirmada.*

*Carlos B. Buitrago* y *Francisco González,* abogados del apelante; *José C. Rivera,* abogado del apelado.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

José Mulero Orellana, el apelante, fué una vez dueño de una finca rústica. En el año 1920 se la vendió a Juan del Carmen Rosa. Este último se la vendió en 1923 a Juan Cruz Rivera, pero, no estando satisfecho con esto, en 1924 vendió la misma propiedad nuevamente al apelante, José Mulero. Juan Cruz Rivera, según indica el apelado y según la prueba tiende claramente a demostrar, casi inmediatamente entró en posesión de la citada finca por medio de representantes. El apelante, Mulero, trató de obtener un título de dominio sobre la indicada finca, pero Juan Cruz Rivera se opuso y tuvo éxito en ello. Era un caso de doble venta, que nunca había sido inscrita. No solamente fué Juan Cruz Rivera anterior en tiempo, sino que también tomó posesión material de la finca. Todo esto de acuerdo con el artículo 1376 del Código Civil.

El apelante, interpretando erróneamente los hechos y negando la posesión material por parte de Juan Cruz Rivera, entra a discutir el efecto de una venta civil en que el comprador no toma realmente posesión, pero los hechos están en contra de él.

*La sentencia debe ser confirmada.*